JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID KAVANDI,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 19-1252-CAS(AS)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED: June 29, 2020

                              /s/ Christina A. Snyder
                              CHRISTINA A. SNYDER
                              UNITED STATES DISTRICT JUDGE